IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION


CHARLIE WILBORN,                                                                    PLAINTIFF


V.                                                                          NO.  2:07CV160-P-B


CORRECTIONS CORPORATION
OF AMERICA, et al.,                                                              DEFENDANTS



**FINAL JUDGMENT**

Upon consideration of the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated February 21, 2008, was on that date duly served by mail upon Plaintiff at his last known address; that more than ten days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been served or filed by any party.[1]  The court is of the opinion that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court.  Therefore, it is

**ORDERED:**

1) the Report and Recommendation of the United States Magistrate Judge dated February 21, 2008, is hereby APPROVED and ADOPTED as the opinion of the court;

2) the complaint is DISMISSED with prejudice; and

3) this case is CLOSED.

---

[1]  Plaintiff did, however, file a motion proposing to continue the *Spears* hearing.  The motion was received after the *Spears* hearing was held.  On February 27, 2008, the court denied the motion as moot and provided Plaintiff ten additional days to submit his objections to the Report and Recommendation.  More than ten days has passed and Plaintiff has not filed any objections.  Furthermore, given the medical records produced at the *Spears* hearing, Plaintiff's denial of medical treatment claim has no merit.

THIS the 24th day of March, 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE